# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **ANDREA GOLDBLUM,** | : | |
| | : | |
| Plaintiff-Appellant, | : | **CASE NO. 22-3289** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF CINCINNATI,** | : | |
| | : | |
| Defendant-Appellee. | : | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL
## FOR DEFENDANT-APPELLEE

Please take notice that Senior Assistant Attorney General Colleen Koehler hereby withdraws as co-counsel for Defendant-Appellee in the above-referenced action. Ms. Koehler will undergo a change in employment status that will render her ineligible to continue representing Defendant-Appellee in this action. This withdrawal is made with the knowledge and consent of the Defendant-Appellee, all counsel including the withdrawing attorney and any unrepresented parties. Senior Assistant Attorney General Marissa J. Palumbo will remain as lead counsel.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Colleen Koehler*

COLLEEN KOEHLER (0090728)
Senior Assistant Attorney General

Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendants-Appellee*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Notice of Withdrawal of Co-Counsel for Defendant-Appellee* was filed electronically on October 31, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Colleen Koehler*

COLLEEN KOEHLER (0090728)
Senior Assistant Attorney General