# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-3289

2. Case Caption (Short Title): Goldblum v. UC

3. Argument is scheduled for 9:00 am on January 26, 2023 and will be held:

   [✔] Live (In Person)     [ ] by Video     [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Joshua Engel, will be presenting argument on behalf of:

   [✔] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [ ] Appellee / Respondent      [ ] Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Andrea Goldblum

6. Minutes reserved for rebuttal, if applicable: 3 (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____     B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____     D. Your assigned minutes: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

<u>Docketing Instructions</u>:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on Dece,ber 2, 2022 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Joshua Engel

---

*Click here to see a completed example of this form.*