**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 13, 2023

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 22-3289, *Andrea Goldblum v. UC*
Originating Case No. : 1:19-cv-00398

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Austin D. Tyree
for Michelle Lambert, Case Manager

cc: Mr. Joshua Adam Engel
    Ms. Marissa J. Palumbo

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-3289

_____

Filed: April 13, 2023

ANDREA GOLDBLUM

    Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/10/2023 the mandate for this case hereby issues today.

COSTS: None